IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTIN JACKSON, | ) | CASE NO.  8:06-cv-284 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| DANIEL B. YOUNES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court upon the Stipulation and Joint Motion of the parties for dismissal.  Upon consideration of said stipulation and joint motion, the court finds that the Order should be entered accordingly.

    IT IS THEREFORE ORDERED that the Plaintiff's Complaint and all claims for relief stated therein against the Defendant be, and it is hereby dismissed with prejudice, attorney docket fee waived, and with costs taxed to the parties incurring the same.

    DATED:  August 29, 2006

BY THE COURT:

  s/Joseph F. Bataillon
Chief United States District Judge

O:\BATAILLO\JFB\PUBLIC\CASES\CIVIL\MISC\JACKSON PROPOSED DISMISSAL ORD.WPD